

**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**

01-14-1019-CR

August 31, 2015

1ST Court of Appeals

CauseNo. 1398928 CHRISTOPHER A. PRINE
Clerk

301 FANNIN, SUITE 245
HOUSTON, TX 77002

232ND District Court
The State of Texas

Vs.

HUNG TRUNG LE

Dear Sir or Madam:

Please be advised that the defendant in the above styled and numbered cause received his/her clerk's record on 08/21/2015.

Trusting this information will prove helpful, I remain…..


Sincerely,


/s/ N. Salinas, Deputy
Criminal Post Trial